IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DIGIMEDIA TECH, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 4:22-cv-00114-CDL<br><br>**Jury Trial Demanded** |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties' joint motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a) having been read and considered, and it appearing that all parties consent and that good cause exists for the requested order,

It is hereby ordered that the motion is GRANTED, and that this action is hereby dismissed with prejudice, with all attorneys' fees, costs, and expenses being borne by the party that incurred them.

SO ORDERED, this 30th day of December 2022.

                                                          S/Clay D. Land
                                                          CLAY D. LAND
                                                          United States District Judge