IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DIGIMEDIA TECH, LLC, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:22-cv-00114-CDL |
| | * | |
| MEDIACOM COMMUNICATIONS CORPORATION, | * | |
| Defendant. | * | |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case with Prejudice.

This 30th day of December, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk